1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916)554-2700

5 Attorneys for the United States



FILED

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:11-SW-00469-CKD |
| --- | --- |
| ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000723, HELD IN THE NAME OF CENTRAL VALLEY CAREGIVERS COOPERATIVE, IN AN AMOUNT UP TO AND INCLUDING $1,363,684.60, AND | 2:11-SW-00470-CKD ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000954, HELD IN THE NAME OF MEDIZEN COLLECTIVE, INC., IN AN AMOUNT UP TO AND INCLUDING $218,772.80, | |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10-10-2012

EDMUND F. BRENNAN
United States Magistrate Judge

1                 Order Re: Request to Unseal Documents